**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-1530**

───────────

EDDIE ROY JACKSON, JR.,

        Plaintiff - Appellant,

    v.

WILHELM RESTAURANT GROUP, INC.; 3289 CORPORATION; ROSEMARIE KEMMER; DOUGLAS HEWITT,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:22-cv-00165-RDA-TCB)

───────────

Submitted:  September 21, 2023             Decided:  October 12, 2023

───────────

Before KING, HEYTENS, and BENJAMIN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Eddie Roy Jackson, Jr., Appellant Pro Se.  William Morgan Palmer, Norfolk, Virginia, Randy Carl Sparks, Jr., KAUFMAN & CANOLES, PC, Richmond, Virginia, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie Roy Jackson, Jr., appeals the district court's order granting Appellees' motion to dismiss his civil complaint under Fed. R. Civ. P. 12(b)(6).[*] We have reviewed the record and find no reversible error. Accordingly, we deny the pending motion and affirm the district court's order. *See Jackson v. Wilhelm Rest. Grp., Inc.*, No. 1:22-cv-00165-RDA-TCB (E.D. Va. Mar. 30, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Appellees have moved to dismiss the appeal, because the notice of appeal was filed more than 30 days after the district court's order was entered on the docket. (ECF No. 8). Jackson opposes the motion. (ECF No. 16). Because the district court's order was not set forth on a separate document, we conclude that the notice of appeal was timely filed, and we have jurisdiction over the appeal. *See* Fed. R. App. P. 4(a)(7)(A)(ii).

2